# United States District Court
## For The Western District of North Carolina
## Statesville Division

FRANCES SHROPSHIRE,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:02CV116

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2006, Order.

                                                       Signed: October 12, 2006

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court